SAMUEL HERZ, Plaintiff, v. ADAM SCHUMANN and BENJAMIN B. ODELL, Ice Comptroller of the State of New York, Defendants.— Judgment directed

* See Consol. Laws, chap. 33 (Laws of 1909, chap. 38), § 22, as amd. by Laws of 1916, chap. 507.— [REP.

in favor of defendant Schumann upon the merits, with costs, upon the ground that we think that chapter 4 of the Laws of 1918, as amended by chapter 81 of those laws, together with the order of the Ice Comptroller made thereunder, fixing prices, whether constitutional and valid or not, constituted " unforeseen difficulties " in the way of Schumann's performance of his contract with plaintiff within the meaning of the terms of that contract. Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concurred.